UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2422(DSD/SRN)

St. Paul Fire & Marine Insurance Company,

Plaintiff,

v. **ORDER OF REFERENCE**

Lam Research Corporation,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss or in the alternative to transfer pursuant to 28 U.S.C. § 1404(a) in this matter. Any such motion shall be heard before Magistrate Judge Susan R. Nelson.

Dated: December 15, 2000

David S. Doty, Judge
United States District Court

FILED DEC 15 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______