UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

St. Paul File & Marine Insurance Company,

Plaintiff,

v.

Lam Research Corporation,

Defendant.

Civil 00-2422 DSD/SRN

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: December 15, 2000.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

5

FILED DEC 15 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

)
F I L E C O P Y

Date: December 20, 2000 jr

R E C O R D O F D O C K E T T E X T

0:00-cv-02422 St Paul Fire v. Lam Research Corp

DOCKET ENTRY

ORDER (Magistrate Judge Susan R. Nelson) OF RECUSAL) Case referred to Magistrate Judge John M. Mason (4-00 AD 416. 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL