IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAM RESEARCH CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 0002422 (DSD/SRN)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between St. Paul Fire and Marine Insurance Company and Lam Research Corporation that all claims and causes of action asserted in the above-captioned matter are hereby dismissed with prejudice and on the merits, but without costs or disbursements to any party.

IT IS FURTHER STIPULATED that the Court may enter an Order for judgment of Dismissal with Prejudice, without costs or disbursements to any party, based on the foregoing stipulation without further notice.

Dated: Dec. 21, 2000

**HINSHAW & CULBERTSON**

By Bethany K. Culp
Bethany K. Culp Reg. No. 154891
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434

***Attorneys for St. Paul Fire & Marine Insurance Company***

FILED 12-26-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD 12-26-00
DEPUTY CLERK ________

Dated: December 21, 2000.

**LEONARD, STREET AND DEINARD**

By ______________________________
Todd A. Noteboom Reg. No. 240047
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 335-1500

***Attorneys for Lam Research Corporation***

## ORDER

Based upon the foregoing Stipulation of Dismissal With Prejudice, and all of the files, records and proceedings herein, the Court makes the following Order:

Judgment shall be entered forthwith dismissing all claims and causes of action with prejudice and on the merits, without costs or disbursements to any party.

SO ORDERED.

Dated: 12/22, 2000.

**BY THE COURT:**

By ______________________________
United States District Court